UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, HODA SABBAGH,

    Defendant.

Case No. 17-cr-20069-3
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING DEFENDANT'S MOTION
## TO REVOKE ORDER OF DETENTION (ECF NO. 206)

On February 19, 2026, the Court held a hearing on Defendant's Motion to
Revoke Order of Detention (ECF No. 206).  For the reasons stated on the record, **IT
IS HEREBY ORDERED** that the motion is **GRANTED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 19, 2026

I hereby certify that a copy of the foregoing document was served upon the
parties and/or counsel of record on February 19, 2026, by electronic means and/or
ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1